Order Prepared By:
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE CENTRAL DISTRICT OF UTAH**

| | |
|---|---|
| PAMELA WHITNEY,<br><br>　　　　Plaintiff,<br>vs.<br><br>SKR HOLDINGS, L.L.C., A Utah Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>　　　　Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:17-CV-407-DB<br><br>Judge Dee Benson |

　　　　This matter is before the court pursuant to the Stipulated Motion to Dismiss with Prejudice which was stipulated to and jointly filed by the parties on September 27, 2017 (the "Motion"). Having reviewed the stipulation of the Parties that they have resolved the controversy between them, there appears good cause that the Motion should be GRANTED.

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the action styled above is dismissed, with prejudice, each party to bear her or its own costs, expenses, and attorney fees.

DATED the 27th day of September, 2017

BY THE COURT

_____
Dee Benson
United States Magistrate Judge